■ MICHAEL VALLI, Appellant, v ALONZO TINSLEY et al.,

Defendants, and CHEMICAL BANK, Respondent.—Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered on September 20, 1991, unanimously affirmed for the reasons stated by Shainswit, J., with costs. No opinion. Concur —Sullivan, J. P., Milonas, Kupferman and Rubin, JJ.